# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| **PENN-AMERICA INSURANCE COMPANY,**      Plaintiff<br><br>v.<br><br>**MICHAEL DAIGLE d/b/a MIKE'S CARPENTRY, et al,**      Defendant | )<br>)<br>)<br>)<br>)    Civil No. 07-215-P-S<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 26, 2009, his Recommended Decision (Docket No. 44). Defendant Lee Lavigne filed his Objection to the Recommended Decision (Docket No. 45) on June 8, 2009. Plaintiff filed its Response to Defendant Lavigne's Objection to the Recommended Decision (Docket No. 46) on June 25, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 36) is **GRANTED**.

                                        /s/George Z. Singal  
                                        U.S. District Judge

Dated: July 7, 2009